# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:09−cv−02736−PJH

| | |
|---|---|
| Morrison v. Maurer<br>Assigned to: Hon. Phyllis J. Hamilton<br>Case in other court: North Carolina, 8−3523<br>Cause: 28:1331 Fed. Question | Date Filed: 06/19/2009<br>Date Terminated: 09/01/2009<br>Jury Demand: Defendant<br>Nature of Suit: 320 Assault Libel &Slander<br>Jurisdiction: Federal Question |

**Plaintiff**

**James Morrison**　　　　　　　　　　represented by　**John Christophe Kirke**
Donahue Gallaher Woods LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612−3570
510−451−0544 x266
Fax: 510−832−1486
Email: johnk@donahue.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Koehler**
Koehler &Cordes PLLC
4521 Sharon Road
Suite 320
Charlotte, NC 28211
704−367−1477
Fax: 704−367−1488
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Jeremy Maurer**　　　　　　　　　represented by　**Jeremy Maurer**
P.O. Box 1114
Livermore, Ca 94551−1114
925−246−5879
PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/19/2009 | Ï 1 | NOTICE OF REMOVAL /no process from Mecklenburg County, North Carolina. Their case number is 8−3523. (Filing fee $350 receipt number 44611003770). Filed byJeremy Maurer. (Attachments: # 1 Civil Cover Sheet)(ga, COURT STAFF) (Filed on 6/19/2009) (Entered: 06/22/2009) |
| 06/19/2009 | Ï 2 | ADR SCHEDULING ORDER: Case Management Statement due by 9/23/2009. Case Management Conference set for 9/30/2009 10:30 AM.. Signed by Judge James Larson on 6/19/09. (Attachments: # 1 Standing Order)(ga, COURT STAFF) (Filed on 6/19/2009) (Entered: 06/22/2009) |

| 06/19/2009 | Ï | CASE DESIGNATED for Electronic Filing. (ga, COURT STAFF) (Filed on 6/19/2009) (Entered: 06/22/2009) |
|---|---|---|
| 07/20/2009 | Ï 3 | *** **ERRONEOUS ENTRY. SEE BELOW 4** *** Declination to Proceed Before a U.S. Magistrate Judge by James Morrison *AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE*. (Kirke, John) (Filed on 7/20/2009) Modified on 7/22/2009 (mcl, COURT STAFF). (Entered: 07/20/2009) |
| 07/20/2009 | Ï 4 | Declination to Proceed Before a U.S. Magistrate Judge by James Morrison *AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE (PROOF OF SERVICE ATTACHED)*. (Kirke, John) (Filed on 7/20/2009) (Entered: 07/20/2009) |
| 07/20/2009 | Ï 5 | MOTION to Change Venue *MOTION TO TRANSFER CASE* filed by James Morrison. Motion Hearing set for 9/2/2009 09:30 AM in Courtroom F, 15th Floor, San Francisco. (Kirke, John) (Filed on 7/20/2009) (Entered: 07/20/2009) |
| 07/20/2009 | Ï 6 | Brief re 5 MOTION to Change Venue *MOTION TO TRANSFER CASE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO TRANSFER CASE* filed byJames Morrison. (Related document(s) 5 ) (Kirke, John) (Filed on 7/20/2009) (Entered: 07/20/2009) |
| 07/20/2009 | Ï 7 | Proposed Order re 5 MOTION to Change Venue *MOTION TO TRANSFER CASE* by James Morrison. (Kirke, John) (Filed on 7/20/2009) (Entered: 07/20/2009) |
| 07/23/2009 | Ï 8 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (wh, COURT STAFF) (Filed on 7/23/2009) (Entered: 07/23/2009) |
| 07/23/2009 | Ï 9 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Phyllis J. Hamilton for all further proceedings. Judge Magistrate Judge James Larson no longer assigned to the case. Signed by Executive Committee on 7/23/09. (mab, COURT STAFF) (Filed on 7/23/2009) (Entered: 07/23/2009) |
| 07/30/2009 | Ï 10 | ORDER SETTING CASE MANAGEMENT CONFERENCE. Signed by Judge Phyllis J. Hamilton on 7/30/09. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 7/30/2009) (Entered: 07/30/2009) |
| 07/30/2009 | Ï | Set Deadlines/Hearings: Case Management Statement due by 10/22/2009. Initial Case Management Conference set for 10/29/2009 02:30 PM. (nah, COURT STAFF) (Filed on 7/30/2009) (Entered: 07/30/2009) |
| 07/30/2009 | Ï 11 | Amended MOTION to Amend/Correct 5 MOTION to Change Venue *MOTION TO TRANSFER CASE* filed by James Morrison. Motion Hearing set for 9/9/2009 09:00 AM in Courtroom 5, 17th Floor, San Francisco. (Kirke, John) (Filed on 7/30/2009) (Entered: 07/30/2009) |
| 08/14/2009 | Ï 12 | ANSWER to Complaint (Notice of Removal) byJeremy Maurer. (far, COURT STAFF) (Filed on 8/14/2009) (Entered: 08/19/2009) |
| 08/19/2009 | Ï 17 | Memorandum in Opposition re 11 Amended MOTION to Amend/Correct 5 MOTION to Change Venue *MOTION TO TRANSFER CASE* filed byJeremy Maurer. (far, COURT STAFF) (Filed on 8/19/2009) (Entered: 09/01/2009) |
| 08/19/2009 | Ï 18 | Received Proposed Order denying Plaintiffs Motion to Transfer Case by Jeremy Maurer. (far, COURT STAFF) (Filed on 8/19/2009) (far, COURT STAFF). (Entered: 09/01/2009) |
| 08/19/2009 | Ï 19 | DECLARATION of Jeremy Maurer in Opposition to 11 Amended MOTION to Amend/Correct 5 MOTION to Change Venue *MOTION TO TRANSFER CASE* filed byJeremy Maurer. (Related document(s) 11 ) (far, COURT STAFF) (Filed on 8/19/2009) (Entered: 09/01/2009) |
| 08/26/2009 | Ï 13 | |

| | | |
|---|---|---|
| | | Reply to Opposition re 11 Amended MOTION to Amend/Correct 5 MOTION to Change Venue *MOTION TO TRANSFER CASE* filed byJames Morrison. (Kirke, John) (Filed on 8/26/2009) (Entered: 08/26/2009) |
| 08/26/2009 | Ï 14 | Declaration of JOHN C. KIRKE in Support of 13 Reply to Opposition filed byJames Morrison. (Related document(s) 13 ) (Kirke, John) (Filed on 8/26/2009) (Entered: 08/26/2009) |
| 08/26/2009 | Ï 15 | Request for Judicial Notice re 13 Reply to Opposition filed byJames Morrison. (Related document(s) 13 ) (Kirke, John) (Filed on 8/26/2009) (Entered: 08/26/2009) |
| 08/26/2009 | Ï 16 | OBJECTIONS to re 13 Reply to Opposition *OBJECTIONS AND MOTION TO STRIKE EVIDENCE SUMIBTTED IN SUPPORT OF OPPOSITION* by James Morrison. (Kirke, John) (Filed on 8/26/2009) (Entered: 08/26/2009) |
| 09/01/2009 | Ï 20 | ORDER by Judge Hamilton Granting 11 Motion to Transfer and Vacating Hearing Date (pjhlc2, COURT STAFF) (Filed on 9/1/2009) (Additional attachment(s) added on 9/1/2009: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 09/01/2009) |
| 09/01/2009 | Ï 21 | AMENDMENT to Order Granting Motion to Transfer. Signed by Judge Hamilton on 9/1/2009. (pjhlc2, COURT STAFF) (Filed on 9/1/2009) (Additional attachment(s) added on 9/2/2009: # 1 Certificate of Service) (nah, COURT STAFF). (Entered: 09/01/2009) |
| 09/04/2009 | Ï 22 | CLERKS NOTICE<br><br>Effective September 14, 2009, Judge Phyllis Hamilton's courtroom and chambers will be located in the Oakland Courthouse, Courtroom #3, 3rd floor, 1301 Clay Street, Oakland, California 94612.<br><br>On or after September 14, 2009, all filings for matters pending on Judge Hamiltons docket, all court appearances, and all deliveries of chambers' copies of documents must be made at the Oakland Courthouse.<br><br>The days and times for law and motion calendars and all currently scheduled proceedings remain unchanged.<br><br>Please note that all of Judge Hamilton's case files will be moved to the Oakland Courthouse, therefore all cases numbers assigned to her will be changed slightly to reflect the correct venue. Previously, all case numbers started with "3:" to indicate the San Francisco office (Example: 3:09−cv−12345−PJH). As of September 14th, 2009, all of Judge Hamilton's case files will begin with "4:" to indicate the Oakland office, but everything else will stay the same (Example: 4:09−cv−12345−PJH). When e−filing, using the short case number format will always avoid problems when searching for the correct case: 09−12345 (YY−NNNNN).<br><br>For information on the Oakland Courthouse's accessibility, parking, driving directions, public transit, hotels and other helpful links, please visit our website: http://www.cand.uscourts.gov, click on "Court Information" on the right hand side of our main page, then select the Oakland link under "Address and Jurisdiction". The main telephone number for the Oakland Division is 510 637−3530.<br><br>(kc, COURT STAFF) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 10/23/2009 | Ï | Case electronically transferred to USDC Western District of North Carolina (vlk, COURT STAFF) (Filed on 10/23/2009) (Entered: 10/23/2009) |