JOHN C. KIRKE, Cal. Bar No. 175055
DANIEL J. SCHACHT, Cal. Bar No. 259717
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone: (510) 451-0544
Facsimile: (510) 832-1486
Email: johnk@donahue.com
daniel@donahue.com

Attorneys for Plaintiff
JAMES MORRISON

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES MORRISON,<br><br>                Plaintiff,<br><br>        v.<br><br>JEREMY MAURER,<br><br>                Defendant. | CASE NO.  3:09-cv-00458<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL: [PROPOSED] ORDER** |

TO THE COURT AND DEFENDANT:

NOTICE IS HEREBY GIVEN that Plaintiff James Morrison consents to being represented solely by Koehler & Cordes, PLLC, 4521 Sharon Road, Suite 320, Charlotte, North Carolina 28211, Telephone: (704) 367-1477, Facsimile: (704) 367.1488, in the above-captioned action, in place of the law firm of Donahue Gallagher Woods LLP.

James Morrison accepts the substitution noted above.

Dated: November 9, 2009

s/ James Morrison
James Morrison

Koehler & Cordes, PLLC hereby accepts the substitution noted above.

Dated: November 10, 2009         KOEHLER & CORDES, PLLC

By: See Page 3
Stephen D. Koehler

Donahue Gallagher Woods LLP hereby accepts the substitution noted above.

Dated: Nov. 2, 2009         DONAHUE GALLAGHER WOODS LLP

s/By: [signature] ; s/John C. Kirke
John C. Kirke

//
//
//
//

-1-

Donahue Gallagher Woods LLP hereby requests permission from the Court to withdraw from its representation of James Morrison.

Dated: Nov. 2, 2009

Respectfully submitted,

DONAHUE GALLAGHER WOODS LLP

s/ By: _____ ; s/John C. Kirke
John C. Kirke

We join in this lawsuit

s/Stephen D. Koehler
NC Bar Number 18279
Attorney for Plaintiff
Koehler & Cordes, PLLC
4521 Sharon Road, Suite 320
Charlotte, NC 28211
Phone: (704) 367-1477
Fax: (704) 367-1488
Email: sdk@koehlercordes.com

-2-

JOHN C. KIRKE, Cal. Bar No. 175055
DANIEL J. SCHACHT, Cal. Bar No. 259717
DONAHUE GALLAGHER WOODS LLP
Attorneys at Law
300 Lakeside Drive, Suite 1900
Oakland, California 94612-3570
Telephone:     (510) 451-0544
Facsimile:      (510) 832-1486
Email:          johnk@donahue.com
                daniel@donahue.com

Attorneys for Plaintiff
JAMES MORRISON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

JAMES MORRISON,

              Plaintiff,

    v.

JEREMY MAURER,

              Defendant.

CASE NO. 3:09-cv-00458

**[PROPOSED] ORDER GRANTING**
**SUBSTITUTION OF COUNSEL**

1    Plaintiff James Morrison consents to the substitution of Koehler & Cordes, PLLC in the

2    above-captioned action in place of Donahue Gallagher Woods LLP.

3    Having considered the Notice of Substitution of Counsel, and finding good cause

4    therefore, IT IS HEREBY ORDERED that Koehler & Cordes, PLLC will represent James

5    Morrison in the above-captioned action, in place and instead of Donahue Gallagher Woods LLP.

6

7

8    Dated: _____, 2009            By:_____

9                                        United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-