IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV458-RJC-DSC

| | |
|---|---|
| JAMES MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| ) | |
| JEREMY MAURER, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Notice of Substitution of Counsel" (document #24) filed November 12, 2009. For the reasons set forth therein, **IT IS HEREBY ORDERED** that Koehler & Cordes, PLLC is substituted as counsel for Plaintiff in the above-captioned action, in place and instead of Donahue Galagher Woods, LLP.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: November 13, 2009

David S. Cayer
United States Magistrate Judge