UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cv-458-RJC-DSC

| JAMES MORRISON, | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) ORDER |
| JEREMY MAURER, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court sua sponte. The issues were joined in this case on August 14, 2009. The case was transferred to the Western District of North Carolina on October 26, 2006. Despite the Notice issued by the Clerk of Court on October 26, 2009, no Certificate of Initial Attorneys Conference ("CIAC") has yet been filed, making such pleading past due. Inasmuch as the defendant is proceeding pro se, counsel for plaintiff may either meet by phone with such defendant or each party can file their own CIAC.

**IT IS, THEREFORE, ORDERED** that, within ten days of this Order, the parties either file the required CIAC or Plaintiff shall show cause as to why the CIAC has not been filed. Otherwise, the case will be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Signed: February 12, 2010

Robert J. Conrad, Jr.
Chief United States District Judge