

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-cv-458-RJC

JAMES MORRISON, )
                                  )
          Plaintiff, )   NOTICE OF DEFENDANT'S CHANGE
vs. )   OF ADDRESS
                                  )
JEREMY MAURER, )
                                  )
         Defendant. )

      Effective March 11, 2010 Defendant Jeremy Maurer has a new mailing address. Please direct all written communication to:

**JEREMY MAURER**
**PO BOX 70474**
**OAKLAND, CA 94612-0474**

      My telephone number remains the same.

Dated: March 11, 2010                            Respectfully submitted,

                                                          Jeremy Maurer, Defendant Pro Se
                                                          P.O. Box 70474
                                                          Oakland, CA 94612-0474
                                                          (925) 246-5879

<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on this 11th day of March, 2010, a copy of the foregoing Notice of Change of Address has been served upon plaintiff's counsel of record by U.S. Mail.

                                                           Jeremy Maurer

1