# JEREMY D. MAURER

P.O. Box 70474, Oakland, CA 94612-0474
(925) 246-5879

May 25, 2010

RECEIVED
CHARLOTTE, N.C.
MAY 2 7 2010
Clerk, U. S. Dist. Court
W. Dist. of N. C.

Office of The Clerk
United States District Court
401 West Trade Street, Room 210
Charlotte, NC 28202

    RE:    **James Morrison v. Jeremy Maurer**
              U.S.D.C. Western District of North Carolina Case No. 3:09-cv-458-RJC

Dear Clerk:

Enclosed is **Defendant's Motion to Dismiss or in the Alternative Motion for More Definite Statement and Sanctions; Memorandum of Law in Support of Defendant's Motion**. Please file the originals and return file-endorsed copies. Thank you.

Cordially,

Jeremy Maurer

Enclosures