IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV458-RJC-DSC

| | |
|---|---|
| JAMES MORRISON, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>JEREMY MAURER, )<br>)<br>Defendant. )<br>) | Civil Action No. 3:09CV458-RJC-DSC |

**MOTION TO WITHDRAW OF STEPHEN D. KOEHLER, ESQ.
AND KOEHLER & ASSOCIATES**

Pursuant to Rule 76.1(F) of the Local Rules and Rule 1.16 of the Revised Rules of Professional Conduct, Stephen D. Koehler and the law firm of Koehler & Associates ("Movants"), move the Court for permission to withdraw as counsel of record for Plaintiff James Morrison in this action for good cause. In support of this Motion, Movants show the Court as follows:

1. Movants was retained by Plaintiff for the purpose of representing the interests of Plaintiff in this matter.

2. Plaintiff has failed to cooperate with Movant to fully address the various demands, claims and causes of action that are, or may be, pertinent to this litigation. Despite repeated requests, Plaintiff has refused or failed to communicate with Movant necessary for Movant to continue as Plaintiff's counsel. Specifically:

   a. The last communication received from the plaintiff was on March 12, 2010.

   b. Since then, the undersigned has attempted to communicate with the Plaintiff by mail, e-mail and telephone.

   c. On May 12, 2010, the undersigned mailed a letter to the Plaintiff advising him that the undersigned intended to withdraw.

   d. On June 4, 2010, the undersigned sent an e-mail to the Plaintiff advising him of the undersigned's intent to withdraw and asking for his consent.

  e. On June 11, 2010, the undersigned called the Plaintiff but discovered that the telephone number the Plaintiff had provided was no longer assigned to the Plaintiff.  The undersigned attempted to discover other telephone numbers for the Plaintiff, but was unable to reach him by telephone.

  f. Plaintiff has failed to respond to any of the attempts to contact him.

 3. This Motion is filed in good faith and upon the belief that good cause exists for Movants' withdrawal.

 4. The undersigned has consulted with the *pro se* Defendant regarding this Motion and was advised that he does not oppose it.

 5. Plaintiff's last know address was 2173 Shy Bear Way NW, Issaquah, WA 98027.  The undersigned's investigation indicates that Plaintiff may now be residing at 646 Timber Creek Dr NW, Issaquah, WA 98027

 RESPECTFULLY SUBMITTED this <u>11th </u> day of June 2010.

## KOEHLER & ASSOCIATES

By: <u>s/ Stephen D. Koehler   </u>
  Stephen D. Koehler
  N.C. State Bar No. 18279
  13850 Ballantyne Corporate Place
  Suite 500
  Charlotte, North Carolina 28277
  704.367.1477 Telephone
  704.877.5201 Facsimile
  *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing **MOTION TO WITHDRAW OF STEPHEN D. KOEHLER, ESQ. AND KOEHLER & ASSOCIATES** has been furnished to Plaintiff and the *pro se* Defendant by depositing a copy of same into an official depository of the United States mail, postage prepaid, addressed as follows:

>Jeremy Maurer
>P. O. Box 1114
>Livermore, CA 94551-1114

>James H. Morrison
>2173 Shy Bear Way NW,
>Issaquah, WA 98027

>James H. Morrison
>646 Timber Creek Dr NW,
>Issaquah, WA 98027

This the 11th day of June, 2010.

**KOEHLER & ASSOCIATES**

By: s/ Stephen D. Koehler
Stephen D. Koehler
N.C. State Bar No. 18279
13850 Ballantyne Corporate Place
Suite 500
Charlotte, North Carolina 28277
704.367.1477 Telephone
704.877.5201 Facsimile
*Attorney for Plaintiff*