IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cv458

| | |
|---|---|
| JAMES MORRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JEREMY MAURER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's Motion to Dismiss (Doc. No. 30); the Court's Order Granting Motion to Withdraw as Attorney (Doc. No. 32); the Court's Order to Show Cause Why the Complaint Should Not be Dismissed for Failure to Prosecute (Doc. No. 33); and the Court's Memorandum and Recommendations (M&R) (Doc. No. 34), recommending that the Motion to Dismiss be granted and Plaintiff's complaint be dismissed with prejudice.

The Federal Magistrate Act provides that "a district court shall make a de novo determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). "By contrast, in the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Similarly, de novo review is not required by the statute "when a party makes

general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection. Thomas v. Arn, 474 U.S. 140, 149 (1985); Camby, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case, and accordingly the Court has conducted a careful review of the Magistrate Judge's M&R.

No objections to the M&R have been filed in this case. The Court thus adopts the facts and procedural history as set forth in the M&R. Accordingly, upon review of the entire record, the Court finds no clear error in the Magistrate Judge's recommendation to dismiss this case for failure to prosecute and adopts the analysis as stated in the M&R for all purposes.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. The Clerk is directed to **CLOSE** this case.

Signed: January 25, 2011

Robert J. Conrad, Jr.
Chief United States District Judge