# United States District Court
# For The Western District of North Carolina
# Charlotte Division

James Morrison ,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                  3:09cv458

Jeremy Maurer ,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 25, 2011 Order.

Signed: January 25, 2011

Frank G. Johns, Clerk
United States District Court